UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

        v.              Case No. 05-cr-125-01-PB

<u>Brian E. Mahoney</u>

<u>O R D E R</u>

I hereby recuse myself from this case as Attorney Mark Sisti has filed an appearance on behalf of the defendant.

SO ORDERED.

December 7, 2005                    /s/ Paul Barbadoro
                                            Paul Barbadoro
                                            United States District Judge

cc:     James Gleason, Esq.
        Mark Sisti, Esq.
        Mark Howard, Esq.
        US Probation
        US Marshal